### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES T. HUPP | * | |
| KAREN HUPP | | |
| 8 Avery Court | * | |
| Baltimore, Maryland 21237 | | |
| | * | |
| Plaintiffs | | |
| | * | |
| | | |
| v. | * | |
| | | |
| UNITED STATES OF AMERICA | * | |
| d/b/a UNITED STATES POSTAL | | |
| SERVICE | * | Civil Action No.   GLR 16 CV2838 |
| | | |
| SERVE ON: | * | |
| Rod J. Rosenstein | | |
| United States Attorney | * | |
| For the District of Maryland | | |
| 36 S. Charles Street, 4th Floor | * | |
| Baltimore, Maryland 21201 | | |
| | * | |
| Loretta Lynch | | |
| Attorney General of the United States | * | |
| United States Department of Justice | | |
| 950 Pennsylvania Avenue, N.W. | * | |
| Washington, D.C. 20530 | | |
| | * | |
| Lance Hindle | | |
| Tort Claim Coordinator | * | |
| 1720 Market Street, Room 2400 | | |
| St. Louis, Missouri 63155-9948 | * | |
| | | |
| Defendant | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

### COMPLAINT

Plaintiffs, James Hupp and Karen Hupp, by their attorneys, Wendy L. Shiff, and

Bekman, Marder & Adkins, LLC, hereby sue Defendant United States of America d/b/a United

States Postal Service ("USPS"), in support thereof, state as follows:

## COUNT I--NEGLIGENCE

1.      Pursuant to 28 U.S.C. § 2675, a claim was made against the United States of America for actions of the United States Postal Service by filing a claim (via Standard Form 95) against the United States Postal Service and its employee on December 30, 2015 in the amount of $750,000.00.

2.      On March 14, 2016, the United States Postal Service (USPS) denied the claim.

3.      Venue is proper in the United States District Court for the District of Maryland.

4.      James Hupp and Karen Hupp are residents of Baltimore County, Maryland.

5.      At all relevant times, Joseph Gosk was an agent, servant or employee of Defendant United States of America, doing business as the USPS.

6.      On August 18, 2014, at approximately 1:00 p.m., James Hupp was traveling home from his employment.  He was proceeding lawfully and carefully down Avery Court on his motorcycle when a USPS truck, driven by Joseph Gosk, backed into him.

7.      Defendant, though its agent, servant or employee, was negligent and careless with respect to the aforesaid occurrence in that he

        (a)      failed to maintain proper control over his vehicle;

        (b)      failed to observe the Plaintiff and his vehicle;

        (c)      failed to keep a proper lookout;

        (d)      failed to avoid a collision;

        (e)      failed to observe the presence and proximity of other vehicles on Avery Court;

        (f)      and was in other respects negligent and careless.

2

8.      As a direct and proximate result of the aforesaid carelessness and negligence, the Plaintiff, James Hupp, was thrown violently off of the motorcycle; he was transported to the University of Maryland Shock Trauma Center and suffered serious and permanent injuries and severe mental anguish and emotional pain and suffering, whereby he was obligated to receive hospital and medical treatment for which expenses were and will continue to be incurred in the future, whereby he was and will in the future be prevented from engaging in his employment, activities and pursuits, and he was otherwise injured and damaged.

9.      Plaintiff says that all of the injuries were caused solely by the actions of the Defendant, without any negligence on the part of the Plaintiff thereunto contributing.

WHEREFORE, the Plaintiff, James Hupp, claims damages in an amount exceeding $750,000.00 against the Defendant.

## COUNT II—LOSS OF CONSORTIUM

10.     Plaintiffs, James Hupp and Karen Hupp incorporate paragraphs 1-9 by reference.

11.     At the time of the occurrence and at the present time, James and Karen Hupp are married.

12.     As a result of the injuries and damages sustained by Plaintiff, James Hupp, Plaintiffs have sustained injury to and interference with their marital relationship including, but not limited to, loss of services and consortium.

13.     All of the losses, damages and injuries sustained by the Plaintiffs were caused by the carelessness and negligence of the Defendant without any negligence on the part of the Plaintiffs contributing.

3

WHEREFORE, the Plaintiffs, James Hupp and Karen Hupp, claim damages in an amount exceeding $750,000.00 against the Defendant.

WENDY L. SHIFF       #09076
BEKMAN MARDER & ADKINS, L.L.C.
300 West Pratt Street
Suite 450
Baltimore, Maryland  21201
(410) 539-6633 (phone)
(410) 625-9554 (fax)
shiff@bmalawfirm.com

Attorneys for Plaintiffs

4