UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

December 15, 2021

MEMORANDUM TO COUNSEL RE:   James T. Hupp, et al. v. United States of America
Civil Action No. GLR-16-2838

Dear Counsel:

For reasons stated on the record earlier today, including testimony, exhibits, and stipulations, this Court finds that Plaintiff James T. Hupp ("Hupp") has met his burden by a preponderance of the evidence that Defendant United States of America was negligent. It further finds that the Government has not met its burden that Hupp was contributorily negligent. Accordingly, the Court renders its verdict in favor of Hupp and awards Hupp damages in the amount of $729,000.00. The Clerk is directed to CLOSE this case.

The Clerk is directed to docket it accordingly.

George L. Russell, III
United States District Judge